## Commonwealth *v.* Phillips, Appellant.

Argued October 5, 1970. Before BELL, C. J., JONES, COHEN, EAGEN, O'BRIEN, ROBERTS and POMEROY, JJ.

344

*Henry G. Beamer*, with him *Metz, Cook, Hanna & Kelly*, for appellant.

*Robert L. Campbell*, Assistant District Attorney, with him *Carol Mary Los*, Assistant District Attorney, and *Robert W. Duggan*, District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM, January 7, 1971:
Judgment affirmed.

Mr. Justice COHEN took no part in the decision of this case.

———

DISSENTING OPINION BY MR. JUSTICE O'BRIEN:

I continue to adhere to the views expressed in my concurring and dissenting opinion in *Commonwealth v. Patterson*, 432 Pa. 76, 247 A. 2d 218 (1968). Moreover, this Court, without specific reference thereto, apparently adopted the views of that concurring and dissenting opinion in *Commonwealth v. Herge*, 436 Pa. 542, 260 A. 2d 787 (1970). I would reverse the judgment of sentence and remand the matter for a new degree-of-guilt hearing at which appellant would be afforded a *Jackson-Denno* hearing in which he would have proper opportunity to establish his claim that the confession used at the degree-of-guilt hearing was involuntary.